From:

02/23/2015 14:19   # 214 P.008/013

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

DEC 02 2015

12-2-15 EAA

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Ben McKinnie

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas Dart Sheriff

Case No
(To be

15c 10855
Judge John Z. Lee
Magistrate Judge Geraldine Soat Brown
PC 8

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

X      COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
       U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
       28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.   **Plaintiff(s):**

   A.   Name: Bert McKinnie

   B.   List all aliases: N/A

   C.   Prisoner identification number: 20140917248

   D.   Place of present confinement: Cook County Jail

   E.   Address: PO Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.   Defendant: Thomas Dart

       Title: Sheriff

       Place of Employment: Cook County Jail

   B.   Defendant: _____

       Title: _____

       Place of Employment: _____

   C.   Defendant: _____

       Title: _____

       Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

From:                                02/23/2015  14:19   #214 P.010/013

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.      Name of case and docket number: Berl mcKinnie-v-Phillip Martin, EtAL. 13 CV 660

B.      Approximate date of filing lawsuit: Don't Remember but it was in 2013

C.      List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D.      List all defendants: Phillip martin, Claudia doughty Norgcwood LT DALLAS nurse Arbuckle, Nurse Potts, Dr coe, counselor Henton, wexford Health Source

E.      Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Southern District

F.      Name of judge to whom case was assigned: Don't Know

G.      Basic claim made: Deliberate Indifference

H.      Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I.      Approximate date of disposition: Don't Know

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                       Revised 9/2007

Litigation

1) I have Filed No other lawsuits dealing with the same facts inc in this Action but have A state civil suit against the City of Chicago. And the chicago sontime, tru   for civil Right violation which is currently Pending

Exhaustion of Administrative Remedies

2) I have utilized the CCJ; grievance Process to address these issues, AS the Attached emergency grievance attests to; complying with the Rules jurisdictional, of Title 20 IL Admin Code Rule 504, And complied with All content and time Related Rules Per CCJ Rules and Regulations, but the issues were Not Addressed or corrected

Statement of Claim

3) All Allegations in this complaint took Place at Cook County Jail Where I was Incarcerated between 10-2-14 And Present with All Defendants And My self named AS witnesses.

Background

4) I am A 50 year old male, currently Incarcerated in the CCJ, who have one Leg. Since "1993", was Previously housed At the cook county Jail From october till 2015 october where I was Not Provided Adequate Accommodation to use the toilet in the Court Room Bullpen, when there are No Rails for Plaintiff to hold getins up And Down to use the toilet, For over 9 months I have had to Suffering when I needed to use the toilet in the Court Room because the toilet is Not handicap Accesidle

Facts

5) 10-2-14 Arrived At Cook county Jail
1-15-15 I have been Requested to have Rail Put In the Court Room Bull-pen were they Are Not handicap Accesidle For ADA Detainee with A Disability, A Violation of the American with Disabilities Act.

6) I have wrote many grievance on this Issue with No help from Any one. I talk to the ADA Co-ordinator Ms Marlene About this Issue Face to numerous time with No help From her. When I Am in Court I have to Suffer when I have to Desacation because I can't get up And Down on toilet because it is to Low to the Floor.

7) This is A Violation of his 14th 15th Amendment Rights. the cruel And unusual Punishment. When Plaintiff have to Suffer Untill he Return to his wing over 5 Hours or more in Pain because Plaintiff can't use the toilet because there is Not No handicap toilet.

Pg 17.

Plaintiff have Done every thing in his power ~ He could Do with in his power ~ He could Do with, have notified

3) No help from Thomas Dart or the Administrative staff of this facility the Defender of this matter And which they turn a Blind eye to this Issue.

4) Plaintiff have Talk to his counselor several times in may to october 2015 explaining the problem but Never Recieved a Reply from; Nor would he speak with each And every time I see him or Approached him Around the facility.

Causes of action

10) 730 ILCS 5/3-7-2 (d) state "All institutions And Facilities of the Department shall provide each committed person with medical And Dental.

11) The Supreme court of the U.S has Recognized that deliberate Indifference to serious medical needs of Prisoners is a continuing violation of the eighth Amendment Prohibitions or cruel And unusual Punishment that occures when the Defendant has Notice of the untreated condition And constitutes the unnecessary And wanton Infliction of Pain And suffering.

12) The Eight Amendment Protects Inmate From goverment Actor deliberate Indifference to his basic needs; under this standard conduct is "Deliberate Indifference" when the official has Acted In a Intentional or criminally Reckless manner; ie, the ~~estant~~ Defendant Must have Know that the Plaintiff was at a serious Risk of being harmed And Decided to do nothing About It or to Prevent that harm from occuring even though he could have easily done so.

13) An Eight Amendment claim need Not show that the Defendants Acted or Failed to Act believing harm would Actually befall an Inmate to show deliberate Indifference, it is enough that the Defendant acted or Failed to Act Despite his Knowlege of a substantial Risk of serious harm,

Pg 2      (Pg 18)

A. Defendant satisfies the personal involvement requirement of 42 USC §1983 if he Acts or Fail to Act with deliberate Indifference or Reckless disregard; Defined as disregarding a Substantial Risk of Danger that is either Known or would be Apparent to a reasonable Person, of a Plaintiffs constitutional Right or If the conduct causing the constitutional deprivation occures at his direction or with his Knowledge and consent.

14.

Two elements Are Required to establish a violation of the Eighth Amendment's cruel And unusual Punishment clause; First And objective element Requires a showing that the conduct Denying Inmate the minimum civilized measure of Life's necessities, creating Risk to the Inmates health or safety; the second Requirement is a subjection; the relevant state of mind Is deliberate indifference to inmates health or safety; ie, the Defendant Must be Aware of the fact from which the Inference could be drawn that a substantial Risk of serious harm exists And he Most Also draw that inference.

15.

A Failure of Prison official to Act in circumstances of deliberate Indifference suggests that the official Actually want the Person to suffer the harm And supervisor need not have Actual Knowledge of a Specific incident At issue if they have the power to Alleviate conditions which led to the violation of constitutional Right.

Section §1983 is a vehicle for addressing violations of Rights guaranteed by the constitution or other federal laws by a state Actor.

Punitive damages may be Awarded in A 1983 Action where Defendants conduct involves Reckless or callous indifferencet. the Plaintiff Rights As well As when Defendants Act with evil motive or Intent.

It is my contention the Defendants behavior shows such actions And that I am entitled to nominal, compensatory And Punitive Damages Against All the Defendants' both severally And individually

Pg 3

Pg 19

20) the court have held Plaintiff need Junctive Relief to enjoin the continuing disregard for his safety by Prison staff; the CCJ can be forced by Injunctive Relief; to obey the Constitution; the section of the PLRA Providing Prisoners couldn't bring Federal civil actions for mental injury with out showing Physical injury did not limit claim for injunctive Relief; And where violations are continuos in nature, which cannot be adequately compensated with money, It is Pre-se "Irreporable harm" for Junctive Porposes, the fact that nominal damages could be Recovered in an action at law often provides the very best Reason a court of equity should become involved.

21) To Prove entitlement to injunctive Relief a Plaintiff must allege in it complaint and establish, by a Preponderunce of the evidence Right that 1) he Posseses a certain and clearly established Right that need Protecting 2) Irreporable injury; which need not be very great; indeed, injunctive Relief is well suited to small injuries that are of such constant and frequent reoccurance that no fair and Reasonable redress can be had there fore in a court of law, And doesn't mean injury that is beyond compensation in damages; 3) Irreporable harm if the Injunction is not granted; and 4) he is likely to Prevail on the merits of the case.

22) It is my content in the facts in this case show Plaintiff is entitled to declorative and injunctive Relief against the Defendants contining to violate his Right to be free from cruel and unusual Punishment.

23) While federal courts should hesitate to interfere with discretion afforded Prison officials in the internal administration of state Prisons, in Proper cases where constitutional deprivation are established; either inspecific incidents or by the totality of conditions with in a Penal institution, where Rules, regulations or Practices impede exercise of constitutional Rights, federal courts can; and must; if the issue is appropriately Presented interfere to Remedy unjustifiable violations of these Right retained by Prisoners and discharge their Doty to Protect Prisoners constitutional Rights and compel state officials are employees to Perform their official doties in compliance with constitutional Requirement.

Pg 20

This Action Arises from the Allegedly Inadequate Accomodation in the court Room, toilet Provided to Plaintiff Berl McKinnie, A disabled detainee housed At cook county Jail. From september of 2014 to october of 2015 Plaintiff bring claims under the Fourteent Amendment, title II of the Americans With Disabilities Act ("ADA") And the Rehabilitation Act Against Defendants, Sheriff thomas Dart, in both his individual and Official capacities, And cook county, Illinois ("cook county"). Plaintiff Berl McKinnie who has had A Prosthetic Right leg since 1993, was A Pre-trial detainee housed At cook county Jail upon Arrival. Plaintiff told the intake Officer that he had A Prosthesis, which was Recorded on Plaintiffs intake Form, And that he found it challenging to use the toilet in the court Room. Plaintiff Also Requested A handicap Accessible toilet. In the court Room. That Did Not happen. From october of 2014 Plaintiff was Assigned to court Room 308 At 2600 S. California which is Not handicap Accessible. only with the Assistance of others, Plaintiff was Able to use the toilet in the court Room. with out the help of others, Plaintiff is Not Able to use the toilet in the court Room. this is very Degrading to Plaintiff When everyone knows that Plaintiff is handicap. Plaintiff have wrote many grievance on this issue And In his

grievance, Plaintiff Request to have a handicap Accessible toilet in the court Room. where they have made a wheelchair Accessible Bullpin where wheel-Chairs are Accessible for them, but not for handicap Plaintiff like my self and others that are in my condition. Sheriff Dart issued a general order, effective August 14, 2014 for Accommodating disabled detainees, including ones with mobility impairment General order 24.14.8.0 §§ VIII (C) And (F). cited At DSOF # 76 And PSOAF # 28. Through 42 U.S.C §1983, Plaintiff Alleges that Sheriff Dart, in both his individual And official capacities, Violated the fourteenth Amendment by not Accommodating Plaintiff's disability. Sheriff Dart must have had Subjective Knowledge of the risk to the Detainees And he Also had Disregarded the risk he put Plaintiff in. Evidence that the official Acted Negligently is sufficient to prove deliberated Indifference it is simply a synonym for intentional or Reckless conduct, And "Reckless" describes conduct so Dangerous that the Deliberate nature of the defend-An't's Actions can be inferred. Even with out direct Participation, A supervisor may be liable if he knew About the constitutional deprivation And facilitated Approved, condoned or turned A blind eye to that conduct. Circumstantial evidence is Appropriate Proof of Deliberate Indifference. while being

detained here in custody, of they Are responsible for All his need, Food, Health care service, security. This is Also A claim that characterizes the treatment that Plaintiff Receiving from the employees As inhuman conditions of confinement Failure to Attend to his Needs or A combination of both, It is Appropriate currently suffering Serious Needs Problem caused by not Accommodate Plaintiff. it Requires that inmates be furnished with the basic human needs the Eight Amendment Protects And lash sufficiently Imminent danger As well As current unnecessary And wanton infliction of suffering when Plaintiff hase to hold his Defecation until he's Return back to his wing, this Are Legion only to deliberate Indifference to current Serious Problem Not Able to Use the toilet While in court. Inmate is Actionable under the Eighth Amendment with deliberate Indifference, exposes Plaintiff to harm that poses An Reasonable Risk of Serious damage to his Health, Nor As Far As Plaintiff know is there Any historical evidence Indicating that the Framers and Ratifiers of the Eighth Amendment had Any thing other than common understanding of "Punishment" In mind. there is "No doubt" that the English Declaration of Rights is the "Antecedent" OF our Constitutional text "And the best historical evidence Suggests that the "Cruel And unusual Punishments" provision of the Declaration of Right. the extension of the Eighth Amendment to Prison Needs, So Plaintiff

3 of 5    pg6

have been deprived of this needs in the Cook County Court. The Constitution imposes upon it a corresponding Duty to assume some responsibility for plaintiff safety and general well being the rationale for the principle is simple enough! When the State or County by the Affirmative exercise of it powers so restrains an individuals liberty that it Render plaintiff unable to care for hem self and at the same time fail to provide for plaintiff basic human needs, food, clothing, shelter, medical care, and reasonable safety it transgresses the substantive limits on State and County action set by the Eighth amendment, contemporary standards of decency require noless. The State, County that takes a person into custody and hold him there against his will has a corresponding Duty under the federal Constitution's Eighth amendment to assume some responsibility for plaintiff safety and general well-being. Not having a bathroom accessible for all various types of handicap is to be apathetic resulting in indifference to his particular handicap needs. Plaintiff have notify the official of hem not being able to use the toilet in the court room. He have wrote many grievance notifying the official of this problem, he having in the court room Bullpin were the toilet at, that it is not handicap accessible for hem. When the official responded Black to his grievance say tell the officer to take hem down stairs to use the toilet when the officer is talking Detainees in and out of the court room and can not leave his assignment when court are in session. When He need to go and use the toilet the officer are preoccupied with his court duties and can not facilitate his urgent needs, living conditions that are fine for non-disabled inmates, living conditions that are constitutionally inadequate for disabled inmates, inmates who cannot move around easily must be assisted and/or provided the means to use the toilet also plaintiff notify the "ADA" co-ordinator about this matter with no help from her Ms. marlene, official must make "Reasonable" modification" where necessary to avoid discrimination.

the clause of the Fourteenth Amendment Apple to State and local Inmates A Violation of the American with Disabilites Act and/or the Federal Rehabilitation Act. the official was negligence In Their official Duties towards plaintiff Knowing that it could have caused excessive Risk to plaintiff Health and Safety was so obvious that the official known about this. contained "An element of maliciousness Where Defendants Did nothing After plaintiff filed grievance And Requested some Attention to his Problem. plaintiff Did Put the official on Notice of that Risk. by His Administrative grievances and Appeals Describing the Risk and Requesting Action. plaintiff Did exhaust All Available Administrative Remedies before filing A lawsuit

Relief Request

24 'Declare ththat the Acts And ommission described here in violate Plaintiff Right under the U.S. constitution, Federal and Staf LAW, And Department Rules And regulations

25 Declare the Proposed Relief is narrowly tailored to remedy on going Violations of my constitutional Rights And to prevent the occurance of irrepairable harm in the future

26. Issue declarative And injunctive Relief Against the CCJDOC And the defendants; through the Director; Superintendent And the sheriff of cook county, by name them in their official capacity And Directly Against CCJDOC

27 order Such Additional Relief this court deems Just And Pro Per

Declaration under Federal Rule of Civil Procedure 11

I certify to the best of my Knowledge information And belief, that this complaint is in Full compliance with Rule 11(A) And 11(b) of the Federal Rules of Civil Procedures the under signed Also recognizes that failure to comply with Rule 11 may result In sanctions

Date 10-27-15

Respectfully
Bird McKinnie

Berl mcKinnie
# 20146917248
POBox 089002
Chicago H 60608



**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory Damages in the Amount of 400,000 Dollar from each Defendant 400,000 Dollar in Punitive Damages frome, each Defendant and nominal DAmages; AS this court Deems Just And Proper AgAinst each DefendAnt Jointy And Severally

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this **25** day of **10** , 20 **15**

Berl McKennie
(Signature of plaintiff or plaintiffs)

Berl mcKinnie
(Print name)

20140917248
(I.D. Number)

PO Box 089002
Chicago Il 60608
(Address)

8 Pg9

Revised 9/2007

Only with the Assistance of others, Plaintiff was able to use the toilet in the Court Room. Plaintiff will testified that the toilet lacked handRails and were to low to the floor for Plaintiff to use. without Assistance DSOF "44. P.s.o. AF 19. Through 42 U.S.C §1983 Plaintiff First Alleges that Sheriff Dart. in both his individual and official capacities violated the fourteenth Amendment by Not Accommodating Plaintiff disability. An important consideration For local government that the A.D. A's Provision Also affect pretrial Detainees. Bell-v-Wolfish, 441 U.S. 520, 995. ct 1861, 60 L. Ed. 2d 447 (1979) the leading case on the Rights of pretrial detainees, the Americans with Disabilities Act, 42 U.S.C 891210 et Seq embodies A national Policy of nondiscrimination Against And Reasonable Accommodation of Person with disabilities. 1 It covers discrimination. on June 15 1998, the united State supreme court Ruled unanimously that title II of the American with Disabilities Act of 1990 (A.D.A) cover Inmate in State Prison And local Jails. The case was Pennsylvania Department of Correction-v-Yeskey, 524 U.S. 206, 118 S.ct 1952, 141, L. Ed 2d 215 (1998) Sheriff Dart Must have had subjective knowledge of the Risk to the Detainees health, And he Also Must have disregarded that Risk Collins-v-Seeman 462.F 3d 757 761 (7th cir 2006) Evidence that the official Acted Negligently is Insufficient to prove deliberate indifference Hicks-v-churckch 1 6d F 3d 1030, 1040, 7th cir 1998 Rather deliberate Indifference is Simply A Synonym for "intentional or Reckless conduct" And "Reckless" describe conduct so dangerous that the deliberate nature of the defendan's Action can be inferred. Qian-v-Kautz, 168 F 3d 949 955 (7th cir 1999) Even without direct Participation. A supervisor may be Liable if he knew About the constitutional deprivation and facilitated, approved, condoned or turned blind eye to that conduct. Jones-v-city of Chicago, 856 F 2d 945, 992-93 (7th cir 1998) Gentry-v-Duckworth, 65 F 3d 555 561 (7th cir 1995) Cricumstantial evidence is Appropriate proof of deliberate indifference Foelker-v-Outagamie county 394, f 3d 510, 513 (7th cir 2005) the Seventh circuit, citing it's De-liberate Indifference decision in Gentry, 65 F 3d At 561. Did Not Rise to the Level of Personal involvement Required in section 1983 case Luck, 168 F 3d At 327 this case mirrors Luck. so that Seventh circuits Decision controls And shows

that Plaintiff Fare no better against Sheriff Dart. As in Luck, here, Plaintiff Relies on Sheriff Dart's general Knowledge of the obstacle Faced by Disabled Detainess At Cook County Jail in An effort to establish his Personal involvement. Plaintiff relies most heavily on the settlement reached in an earlier class Action Lawsuit brought in this District And captioned Phipps-v-Sheriff of Cook County, CASE NO 07-3889. In Phipps, The Sheriff of Cook county settled claims that Prison official Were Not Providing Reasonable wheel chair-bound In mate Rsiaiaf, 11 23-24 while those obstacles may have been Product of Sheriff Dart's own Policies At Cook County Jail. Luck Shows that whatever Knowledge Sheriff Dart may have to create the Kind of Personal involvement by Sheriff Dart that is Required for Plaintiff to Proceed to trial Against him. Like Sheriff Rerenstine in Luck, there is no evidence here that Sheriff Dart Was Aware of Plaintiff Specific Situation even though he might Know generally that disabled Detainees At Cook County Jail were Not Receiving Adequate Accommodation. these Case Cite Gentry For the Preposition that Sheriff Dart's Knowledge that Disabled detainees Were Not Receiving Adequate Accommodation. Combined with his Failure to rectify that Problem, Are Sufficient to establish individual liability E.G Blossom-v-Dart 64 supp 3d 1158, 1162 (Nd Ill 2014) crockwell-v-Dart. NO 13-4880, 2013 WL 6796788, At 4 (ND Ill Dec 23-2013) Lawrence-v-Dart NO 13-2053, 2013 WL 3672090, At 3 (WD Ill July 12 2013); Whisby-v-Dart. 12-4637 (ND, Ill Fed 14 2013) Gentry. Thomas Dart he Knew About the toilet in the Court Room that is not handicap Accessible, because he made A Policey to establish A Bullpen for wheel chairs And Not for People who have lost A Leg soArms that go up to the Court Room Bull Pen that Still walk with the help of A Prosthesis that the court Room Bull Pen Not Accessible, but the one for wheel chair that have A Accessible toilet in the Bull Pen, All the wheel chair, but Not for me who need Rails to use the toilet in the court Room, Plus the toilet set to Low for Plaintiff to use the toilet behind the court Room When Thomas Dart Did Accommodate the people that Are in wheel chairs, Not with Missing Limbs. So Thomas Dart Know About toilets behind the Court Room That Are Not handicap Accessible. For those Who Are Missing Limbs of their Body Who Use A Prosthesis

(Pg 24)

The Americans with Disabilities Act, 42 U.S.C. 12101 et
Seg. embodies A national policy of nondiscrimination Against
And Reasonable Accommodation of Person ~~With~~ disabilities
It covers discrimination in ~~Prisons~~ (title IV)

The United State Supreme Court Ruled unanimously that
title II of the Americans with Disabilities Correction-v-
Yeskey 524, US, 206, 118 S, ct 1952, 141 L ED 2d 215
The command of title II of the ADA is succinct "No qualified
individual within disability shall, by reason of such disability,
be excluded from participation in or be denied the benefit of the
services, programs, or Activities of A public entity, or be subjected
to discrimination by any such entity "42 U.S.C § 12132. In Yeskey
the Supreme Court held that this unambiguously includes state
prison and prisoners. without deciding that It Applied, the
Court found that this provision satisfied the Gregory rule
the ADA defines "Public entity" to Include "Any department,
Agency, Special Purpose district, or other Instrumentality of
A state or states or Local government "42 U.S.C § 12131 (2)(B).
State prisons And Local Jails fall squarely within that definition
Recognized the Applicability of the ADA to prison; Rivera-v-Pyett,
7 AM. Disabilities Dec. 41 (S.D.N.Y. 1992), Considered An inmate's
claim under the A.D.A, but decided the case on other grounds.
Clarkso-v-Coughin, 898 F. Supp 1019 (S.D.N.Y. 1995) granted
Summary Judgment. Claim under the A.D.A. In Addition
Department of Justice regulations explicitly identified
prisons As among medical treatment covered under the A.D.A.
Yeskey thus confirm what was already thought, if not
widely Acknowledged to be the law "(1) which Aspects

of the state's failure to conduct violated title II, (2) to what extent such misconduct also violated the fourteenth amendment, and (3) insofar as such misconduct violated title II but did not violated the fourteenth amendment, whether congress's purported abrogation of sovereign immunity as to that class of conduct in nevertheless valid." Disabled prisoners pose special problems compared with the general prison population and prison administrators must confront a broad range of disabilities. include a persons with an array of medical condition. Moreover, Administrator must deal with the tension between the A.D.A individualized approach to accommodating disabilities and the need of prison security and administration. An important consideration for local governments is that the ADA's provisions also affect pretrial detain-ees. Bell v. Wolfish, 441 U.S 520, 99 S.ct. 1861, 60 L. Ed.2d 447 (1979), the leading case on the rights of pretrial detainees, suggest little practical difference between pretrial detention and post-conviction incarceration. this suggests that a DA claim of pretrial detainees are likely to result no differently than those of prison inmates. 28 C.f.R. 42.540(H), 28 C.f.R. 35 190961, Department of Justice title II technical assistance manual. covering state and local government program and service II-6:3300(6), at 35 (outlining the American with Disabilities Act Guidelines (ADAAG) and Uniform federal accessibility standard (UFAS) requirements for Jail and prisons) the Department of Justice and the Architectural and transportation compliance Board have created guidelines specifically for prisons that address architectural barriers Id,36 C.f.R. 1191.2. the Supreme court did not address these regulations in Yeskey. the term disability means, with respect to an individual, a physical or mental impairment that substantially limits one or more of the major life activities of such individual. A record of such an impairment, or being regarded as having such an impairment 42 U.S.C § 12202 (2). for purpose of Title II, See also the definition found at 28 C.f.R. 35.104.

Pg #- F



**COOK COUNTY SHERIFF'S OFFICE** □ GRIEVANCE □ NON-GRIEVANCE (REQUEST)
*(Oficina del Alguacil del Condado de Cook)*

| | CONTROL # | INMATE ID # |
|---|---|---|

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

| **GRIEVANCE FORM PROCESSED AS:** | **REFERRED TO:** |
|---|---|
| □ EMERGENCY GRIEVANCE | □ CERMAK HEALTH SERVICES |
| □ GRIEVANCE | □ SUPERINTENDENT: _____ |
| □ NON-GRIEVANCE (REQUEST) | □ OTHER: _____ |

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| MC KINNIE | BERL | 20140917248 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 08 RTU | 3F | OCT 13, 2015 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| SEPT 29, 2015 | DAYTIME | 26TH ST. COURT-ROOM 308 |

I HAVE WRITTEN SEVERAL GRIEVANCES BECAUSE WHEN I GO TO THE 26TH ST. COURTHOUSE IN COURTROOM 308 AND NEED TO USE THE REST-ROOM I AM SUBJECTED TO USE A NON-HANDICAPPED BATHROOM. ACCORDING-TO THE ADA EVERY TOILET ROOM MUST HAVE HANDRAILS AND PROVISIONS FOR HANDICAPPED. I'M AN ADA PATIENT. I AM EMBARASSED AND ASHAMED TO SCREAM FOR SOMEONE TO HELP ME TO GET ON AND OFF THE STOOL.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitada, Esta sección debe completarse)* I'M REQUEST-ING FOR THE BATHROOM BE EQUIPPED WITH HANDICAPP PROVISIONS. WHEN I NEED THE CO HE IS BUSY IN THE COURTROOM AND REFUSES TO LEAVE THE COURTROOM BECAUSE OF HIS OTHER DUTIES TO HELP ME.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha:)* |
|---|---|
| Tavera Sentilla | Berl Mc Kinnie |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D. | D. | 10/16/15 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | 1 OF 2 | |

| (FCN-40)(SEP 14) | (**WHITE COPY** – INMATE SERVICES) | (**YELLOW COPY** – CRW/PLATOON COUNSELOR) | (**PINK COPY** – INMATE) |
|---|---|---|---|



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE     ☑ NON-GRIEVANCE (REQUEST)

CONTROL #

---

**INMATE INFORMATION** *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| McInnee | Ren | 20140917248 |

**GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE**
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: Pro A.D.A. issues

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): D.O.C. ADM

DATE REFERRED: 14, 15

RESPONSE BY PERSONNEL HANDLING REFERRAL: PLEASE ASK STAFF TO ESCORT YOU TO AN ACCESSIBLE PUBLIC BATHROOM. HOLDING CELLS IN CCB WILL EVENTUALLY BE RENOVATED.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): SABRINA CANCIOLA | SIGNATURE: | DIV. / DEPT. DOC-ADA | DATE: 10/22/15 |
|---|---|---|---|

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: ___/___/___ |
|---|---|---|---|

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):*

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):*
___/___/___

---

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* ___/___/___

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*
Yes *(Si)* ☐     No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* ___/___/___ |
|---|---|---|

INMATE SIGNATURE *(Firma del Preso):*

2 OF 2

DATE INMATE RECEIVED APPEAL RESPONSE:
*(Fecha en que el Preso recibió respuesta a su apelacion):*
___/___/___

FCN-48 (Rev. 09/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # |
|---|

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):* McKinnie

PRINT - FIRST NAME *(Primer Nombre):* Berl

ID Number *(# de identificación):* 20140917248

DIVISION *(División):* 8

LIVING UNIT *(Unidad):* 3.F

DATE *(Fecha):* 3 / 11 / 15

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente - Hora Del Incidente - Lugar Especifico Del Incidente)*

EAch And every time I go to court I cAn't Not use the toile because there is No grAb bArs Around the toelit, yes the Do hAve A toelit fix for those in wheel chair in the Bull Pen, but the court Room Bull Pen is not fix for hand:cAP like my self And it's hard for me to use the toelit behind the court Room in that Bull Pen I hAve wrote this grievAnce More then three time with No Resu It, I wAs told that the Riff would tAke me Down to use the toilet but he Don't becAuse he is tAking Inmate in And out of the court Room he Don't tAke me to use the toelit when I Am in court but the toelit Down stire for whelchair fix for whelchair not the one in the court Room Fix the toelit in the court Room Fix for

**ACTION THAT YOU ARE REQUESTING** *(Acción que esta solicitando):* Fix the toelit in the court Room Fix for hand:cAP PeoPle like myself, ... me fix for PeoPle in wheel chair who ... court Room Bull Pen behind the court Room ... Fix for handicAP ...

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información):*

INMATE SIGNATURE *(Firma del Preso):* Berl McKinnie

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW / PLATOON COUNSELOR (Print): _____

SIGNATURE: Bill A of B

DATE CRW/PLATOON COUNSELOR RECEIVED: 3 / 12 / 15

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): _____

SIGNATURE: _____

DATE REVIEWED: ___ / ___ / ___

FCN-47 (Rev. 09/14)

WHITE COPY - PROGRAM SERVICES   A of B   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Aguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

## INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| McKinnie | Berc | 20140911748 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
DIO ADA Accomodation Issues

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE: (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel):
DOC Admin

DATE REFERRED: 3/14/15

RESPONSE BY PERSONNEL HANDLING REFERRAL:

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | | 3/15/15 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box)*:
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GREIVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso)*:
Berc McKinnie

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida)*:
3/31/15

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* 3/31/15

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*
Yes *(Si)* ☐    No ☒

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a):)*: | DATE *(Fecha)*: |
|---|---|---|
| | | 4/1/15 |

INMATE SIGNATURE *(Firma del Preso)*:
Berc McKinnie

DATE INMATE RECEIVED APPEAL RESPONSE
*(Fecha en que el preso recibió respuesta a su apelación)*:
4/2/15

N-48)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – C.R.W./PLATOON COUNSELOR)    (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Aguacil del Condado de Cook)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL # ___ N/A

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

U0065 49

## INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| McKinnie | Berl | 2014 0717248 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
OIG. Ada Accomodation Issues

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable): Previously filed Grievance (2014x7150) appealed + signed off by Inmate on 12/3/14. Each Grievance Procedure is Exhausted Regarding this Matter.

| CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO: *(Example: Superintendent, Cermak Health Services, Personnel)*: | DATE REFERRED: |
|---|---|
| TSA | 2/2/15 |

RESPONSE BY PERSONNEL HANDLING REFERRAL: No grievable issue because mr mckinnie acknowledged that he did not follow the proper procedures to be taken to an accessible toilet. When mr. mckinnie is in court he should let an officer know that he has to use the bathroom and he will be escorted to an accessible bathroom.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Marlene fuentes | | | 3/05/15 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: / / |
|---|---|---|---|

| NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box)*: | INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: _____ <br> ☐ NON-GREIVANCE SUBJECT CODE: _____ | X Berl McKinnie | X 3/11/15 |

## INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* *Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

| ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? <br> *(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)* | Yes *(Si)* ☐ | No ☐ |
|---|---|---|

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a):)*: | DATE *(Fecha)*: / / |
|---|---|---|

| INMATE SIGNATURE *(Firma del Preso)*: | | DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibió respuesta a su apelación)*: / / |
|---|---|---|

Exhibits #1

2 of 8

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)
Need Control Number

☐ GRIEVANCE ☒ NON-GRIEVANCE (REQUEST)

CONTROL #  N/A

**!This section is to be completed by Program Services Staff - ONLY!** (! Para ser llenado solo por el personal de Program Services !)

**GRIEVANCE FORM PROCESSED AS:**
☒ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☒ NON-GRIEVANCE (REQUEST)

Program Services Supervisor Approving Non-Grievance (Request) Signature

**REFERRED TO:**
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT:
☒ OTHER: Doc Admin

**INMATE INFORMATION** (Información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso):  McKinnie
PRINT - FIRST NAME (Primer Nombre):  Berl
ID Number (# de Identificación):  2014071249
DIVISION (División):  10
LIVING UNIT (Unidad):  4 B
DATE (Fecha):  2 15 15

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number"
  if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control",
  ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:  Date of Incident  Time of Incident  Specific Location of Incident.
(Por Favor, Incluya):  Fecha Del Incidente  Hora Del Incidente  Lugar Específico Del Incidente]

I'm in Div 10 were the toel. [tend] handicAP Ready
I have one Leg and were I was it was handicAP Access.
Now that I Am in Div 10 the Shower And the toelit is not
handicAP Access.ble Now I have been Put _____ in A
unSafe until ___ it Real Danger for me to be Acting on one
Leg. there is No RAil in the Shower or the toel.it in the Day Room
or in my cell. the toel.t Sel.t So Low to the Floor And it is
hard for me getting up And Down on the toel.t And in the Shower
this is not A handicAP Access.ble dorm. this is deliberate [inditter]
refusAl to have Put me in A unSafe PlAce were I Am At [Risk]

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitando):

My Leg were Broke the Doctor in Div 8 have
Seen it And Know it. why have I been made to A unSafe PlAce, I Askes
to be Move bAck to Div 8 were it is handicAP Access.ble. move me bAck to R.T.U

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información):

INMATE SIGNATURE (Firma del Preso):  Berl McKinnie

SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT,
AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW / PLATOON COUNSELOR (Print):  PHIPPS
SIGNATURE:
DATE CRW/PLATOON COUNSELOR RECEIVED:  2 / 1 / 15

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED:  / /

FCN-47 (Rev. 09/14)
WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

P9276

Exhibits # 2

**COOK COUNTY SHERIFF'S OFFICE** 1 OF 8
*(Oficina del Alguacil del Condado de Cook)*
002654
**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**IThis section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:** Code 19010
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| mcKinnie | berbot 3 | 20140917248 |
| DIVISION *(División)*: 4 | LIVING UNIT *(Unidad)*: 3 E | DATE *(Fecha)*: 2 /20/15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control", ya sea porque no hay una respuesta o porque la respuesta es Insatisfactoria.

PLEASE INCLUDE:   Date of Incident   -   Time of Incident   -   Specific Location of Incident
*(Por Favor, Incluya:   Fecha Del Incidente   -   Hora Del Incidente   -   Lugar Específico Del Incidente)*

I WAS in Division-10 for two HALF weeks with A Shower because the shower WAS Not handicaPP necesside for me there was No Seat in the Shaber And No bars, there was None Around the body. this went on for two And A HALF weeks I stayed in Division-10. I wrote to the Superintendent martinez with No help. I taLK Lt mundt with No help Nurse John with No help Stg. BAKer with No help c/o HASSAM /omeechan. A.D.A Person Ms Marlene Fuentes with No help. I wrote And talk every one I could About my Problem with No help. Lt Mundt came And talk to me he told me he was going to get A chair And bring it to me when he Did Not. I went without A shower for All them DAYS with No help from Any one way that I'm back in Division-4 but I Sofer for two And Half. I sofer for two And HALF weeks with out A shower with No help from Any one. Something need to be done About that so when the next handcuf Respose to Division-10 they will move me Right A WAY

**ACTION THAT YOU ARE REQUESTING** *(Acción Que esta solicitando)*:

INMATE SIGNATURE *(Firma del Preso)*:
Berl mcKinnie

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información)*:

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW / PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: 2 /26 /11 |
|---|---|---|
| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: / / |

FCN-47 (Rev. 09/14)

WHITE COPY - PROGRAM SERVICES       YELLOW COPY - CRW / PLATOON COUNSELOR       PINK COPY - INMATE

P927

Exhibits #3

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

5 of 5 *Need the control number*

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

☐ GRIEVANCE   ☒ NON-GRIEVANCE (REQUEST)

CONTROL #   N/A

**[This section is to be completed by Program Services Staff - ONLY!]** (! Para ser llenado solo por el personal de Program Services !)

**GRIEVANCE FORM PROCESSED AS:**

☒ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

Program Services Supervisor Approving Non-Grievance (Request) Signature

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT:  *Supt*

☐ OTHER:

**INMATE INFORMATION** (Información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso): McKinnie

PRINT - FIRST NAME (Primer Nombre): Berl

ID Number (e de Idenficación): 2014091248

DIVISION (División): 10

LIVING UNIT (Unidad): 4-B

DATE (Fecha): 2 / 05 / 15

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso)

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuestas / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:   Date of Incident - Time of Incident - Specific Location of Incident
(Por Favor, Incluya):   Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente)

I am writing this grievance because I was move from Div-8 to Div-10 I have a wheelchair long distance thing from the doctor and when they move me so Han made me walk from 9 to 10 I have a false leg And my false leg are to big and it rub the skin off my leg. I Don't understand why I was move from R.T.U Divin-8 when there Ae max until I get there. And I was surfose to see the doctor for my Leg on the 10th of this month, now that I am move I won't see the doctor because I have been move to 10. You all have Dene me to see the doctor and keep Denieing the wheelchair the Doctor said to give me for long distance, I have been Dene all these thins, now I will be faking a 1993 law suit. this Retaliation from other grievance I write, I Need a control Number I wont to be move back to R.T.U Div-8 Right a way because the walk to court sive you all wont never give me a wheelchair like the Doctor said I wont to be move back to R.T.U Div-8 Right away

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información):

INMATE SIGNATURE (Firma del Preso): Berl McKinnie

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW / PLATOON COUNSELOR (Print): R. Hubbs

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECEIVED: 2 / 11 / 15

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:   /   /

FCN-47 (Rev. 09/11)

WHITE COPY - PROGRAM SERVICES      YELLOW COPY - CRW / PLATOON COUNSELOR      PINK COPY - INMATE

Pg28

EXHiBiTs #4

70F8

## COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

### INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

Need the CONT# NUMBER

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**IThis section is to be completed by Program Services Staff - ONLY!** *(I Para ser llenado solo por el personal de Program Services I)*

GRIEVANCE FORM PROCESSED AS:

☒ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

Program Services Supervisor Approving Non-Grievance (Request) Signature

REFERRED TO:

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION (Información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso): McKinn

PRINT - FIRST NAME (Primer Nombre): Berl

ID Number (# de identificación): 20M0917248

DIVISION (División): 10

LIVING UNIT (Unidad): 4B

DATE (Fecha): 2, 9, 15

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le require que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control",
ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: (Por Favor, Incluya):
Date of Incident (Fecha Del Incidente) · Time of Incident (Hora Del Incidente) · Specific Location of Incident (Lugar Específico Del Incidente)

Ms. Marlene, I have talk to her about my problem with no help from her. I have told her about they don't give me a wheel chair for long walk that the Doctor order for me. I told her about my prosthetic, Leg Brace and Ahead they have move me to a non-handicap Accessible unit. Ms. Marlene is the ADA Coordinator When she know that by me have a Prosthetic Leg I Don't have access to the shower like the other inmates Do. I'm unable to take part in the Jail Activit of showering while Assigned to a Non-handicap Accessible Housing unit. this is violation of American with Disability this is civil Action Arising under Section 202 of the American with Disability Act, 42 U.S.C §12132, Section 504 of the Rehabilitation Act, 29 U.S.C § 794(a) and 42 U.S.C. the Jurisdiction of the court is confered by 24 U.S.C § 12133. And Ms. Marlene know the walk from 10 to 10 the court is About a mile when I can't walk it because my leg is Broke and to Big. I haven't had a shower since I been in to DAY.

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitando): I haven't had a shower since I been in been to DAY. So now tell me what to do. is it hard for to use the toilet because it sit to Low to the floor with out the help of my Room mate. I want to be move Back to Div 8.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información):

INMATE SIGNATURE (Firma del Preso): Berl McKennie

SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW / PLATOON COUNSELOR (Print): J. Hobbs

SIGNATURE: _____

DATE CRW/PLATOON COUNSELOR RECEIVED: 2/17/15

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): _____

SIGNATURE: _____

DATE REVIEWED: _____

FCN-47 (Rev. 09/14)

WHITE COPY - PROGRAM SERVICES      YELLOW COPY - CRW / PLATOON COUNSELOR      PINK COPY - INMATE



Pg 29

EXHiBiTS HS

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

3 of 8
1000

☑ GRIEVANCE   ☑ NON-GRIEVANCE (REQUEST)

CONTROL #

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso) Need CONTrol Number

N/A

**IThis section is to be completed by Program Services Staff - ONLY!** (! Para ser llenado solo por el personal de Program Services !)

GRIEVANCE FORM PROCESSED AS:

☑ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☑ NON-GRIEVANCE (REQUEST)

REFERRED TO:

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT:

☑ OTHER: D.O.C Admin

Program Services Supervisor Approving Non-Grievance (Request) Signature

**INMATE INFORMATION** (Información del Preso)

| PRINT - INMATE LAST NAME (Apellido del Preso): MCKinnie | PRINT - FIRST NAME (Primer Nombre): Berl | ID Number (# de Identificación): 20140917248 |
|---|---|---|
| DIVISION (División): 10 | LIVING UNIT (Unidad): 4B | DATE (Fecha): 2 18 15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number"
if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control"
ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:   Date of Incident   Time of Incident   Specific Location of Incident
(Por Favor, Incluya:   Fecha Del Incidente   Hora Del Incidente   Lugar Específico Del Incidente)

I Am in Div-10 I been here for three Day And I'm Not Able
to take A Shower for one I am handicap with one Leg there
No Rails in the Shower or Any chair in the Shower I talk to
Nurse John And told her About this that I can't take A Shower And
it is Really Hard for me to use the toelit why I set to Low to the floor
it's hard for me getting up And down on the toelit with the help of my Celly
I Dont understand why I was move from Div-9 R.t.u when they have Rails
Around the toelit and Rail and Seat in the Shower Now that I m in Div-10 I cant
take A Shower or use the toelit like normal People Do with out the help of my Rome
Mate this is a Vo.lal of my Rights, Plus the walk from here to cout is hard for me
ACTION THAT YOU ARE REQUESTING: (Acción que esta solicitando): I Am asking to be Put in until or Division were it
fix for handicap from the toelit to the Shower ever if you give me a Shower
chair what About the toelit with no Rail it is for me to use it with out my Room Mate

NAME OF STAFF or INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o preso que tengan información)

INMATE SIGNATURE (Firma del Preso):
Borl McKinnie

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW / PLATOON COUNSELOR (Print): R Hibbs | SIGNATURE: Rhull | DATE CRW/PLATOON COUNSELOR RECEIVED: 2 9 15 |
|---|---|---|
| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: / / |

FCN-47 (Rev. 09/14)

WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

P930

EXHIBITS #6

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

3 OF 3

CONTROL # 0026145

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**I This section is to be completed by Program Services staff - ONLY I** (¡ Para ser llenado solo por el personal de Program Services !)

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☒ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

Program Services Supervisor Approving Non-Grievance (Request) Signature

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT:
☐ OTHER:

**INMATE INFORMATION** (Información del Preso)

| PRINT: INMATE LAST NAME (Apellidos del Preso): McKinnie | PRINT: FIRST NAME (Primer Nombre): Beri | ID Number re de Identificación: 2014 0411247 |
| DIVISION (División): | LIVING UNIT (Unidad): 3-E | DATE (Fecha): 1/25/15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso)

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desee llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

**PLEASE INCLUDE:** Date of Incident - Time of Incident - Specific Location of Incident
(Por Favor, Incluya:) Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente

This is my 3rd time writing a grievance about the toelit in the court Room, it is not accesible for handicaft people As my self there is no grab bars so I had hold on to When the A.D.A person rponded to my grievance she told me to ask the 5's that work the court Room to take down stairs so I could use the toelit when he is not going to leave the court room to take no were so I can use the toelit, and when I say the court Room in the bullpen behind the court Room not were the wheel chair go so you know what I am talking about, why they is not fix for people who is handicaft they fix in cell for wheel chair but not in the court Room so far fix with such bars in the court Room I am ask for the toelit in the court fix for wheel chair Down stair why it cont be fix Hadicaft handicaft People in the

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan Información):

INMATE SIGNATURE (Firma del Preso):
Beri McKinnie

**SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: 2/26/15 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-47)(NOV. 11)  (WHITE COPY - PROGRAM SERVICES)  (YELLOW COPY - CRW/PLATOON COUNSELOR)  (PINK COPY - INMATE)

I swear upon an oath that I prepared all the work that was done on this law-suit. That Mr. McKinnie came to me asking for my assistance in filling out 1983 forms for him because he had no knowledge of the law. I Sterling Wright cerifty that the fact stated in this litter are true.

Sterling Wright

STERLING WRIGHT

United States District Court
For the Northern District of Illinois

Berl McKinnie
Plaintiff

V

Thomas Dart Sheriff
Defendant

15c 10855
Judge John Z. Lee
Magistrate Judge Geraldine Soat Brown
PC 8

Proof/Certificate of Service

TO. Thomas Dart Sheriff
Of Cook County
Jail

to. _____

Please take notice that on __11-8-__, 20 15, I have Placed the Documents listed below in the Institutional mail At the Cook County Jail Properly Addressed to the Parties listed Above for mailing Through the united State Postal Service

Complaint, Grievance, Affidavit of Service/verification motion for service of Process At grivernment expense, Proof/certificate of service

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I Declar Under penalty or Perjury, that I am A named Party in the Above Action that I have Read the Above Documents, And that the information Cont there in is true And correct to the best of my Knowledge.

Date _____

Subscribed And sworn before me this
_____ day of _____, 20 _____

_____
Notary Public

(S)
name Berl McKinnie
I Doc #20140917248
Cook County Jail

Po Box 089002
Chicago Il 60608

Pg 23